## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| NICHOLAS EDWIN BARTYLLA, | Case No. 25-CV-4495 (PAM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| MN-D.O.C. COMMISSIONER OF CORRECTIONS PAUL SCHNELL; CENTURION MEDICAL SERVICES AND AFFILIATES; STEPHAN CRAANE, MD.; BRENT PLACKNER, P.A.; CAROL, JOAN WOLFF; LT. KANTOLA; and LT. OYE, | |
| Defendants. | |

Plaintiff Nicholas Edwin Bartylla, a prisoner, has applied for *in forma pauperis* ("IFP") status. *See* Appl. to Proceed in Dist. Ct. Without Prepaying Fees or Costs (Dkt. No. 2 ("IFP Application")). Because Mr. Bartylla is a prisoner, *see* 28 U.S.C. § 1915(h), the IFP Application falls under 28 U.S.C. § 1915(b), which mandates an initial partial filing fee for prisoners seeking IFP status in civil actions. *See, e.g.*, *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998). This fee is 20 percent of the greater of (1) the average monthly deposits to the plaintiff's facility trust account in the 6 months immediately before the complaint's filing, or (2) the average balance in the plaintiff's account during the same period. *See* 28 U.S.C. § 1915(b)(1).

Materials accompanying the IFP Application indicate that Mr. Bartylla must submit an initial partial filing fee of $16.86.[1] This action will not proceed until Mr. Bartylla pays this partial filing fee. If he fails to pay within 21 days of this Order's date, the Court will consider the action abandoned and will recommend this action's dismissal without prejudice for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

Finally, the Court offers Mr. Bartylla the following warnings:

- If Mr. Bartylla proceeds with this action by paying the $16.86 initial partial filing fee, he will have to pay the remaining $333.14 of the action's $350.00 statutory filing fee in installments. Officials at Mr. Bartylla's confinement facility will be informed of this requirement and authorized to withdraw funds from his facility trust account to remit to the Court, as per § 1915(b), regardless of the action's outcome.

- Upon payment of the initial partial filing fee, the Court will review Mr. Bartylla's Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983 (Dkt. No. 1 ("Complaint")) to determine if he has pleaded a viable claim for relief within the Court's jurisdiction. If the Court finds that the Complaint is frivolous or malicious, or that it fails to state a claim for which this Court can grant relief, Mr. Bartylla will incur a "strike" under 28 U.S.C. § 1915(g). Accumulating three or more "strikes" will significantly restrict Mr. Bartylla's ability to proceed IFP in federal court.

---

[1] A Certificate of Authorized Prison Official states that the amount of Mr. Bartylla's average monthly deposits during the preceding six-month period was $84.33. *See* IFP Appl. 6. A copy of Mr. Bartylla's trust-account statement submitted as an attachment to his complaint (*see* Dkt. No. 1-1) indicates that his average balance during most of the same period was $37.72. Because the deposits amount exceeds the balance amount, Mr. Bartylla's initial partial filing fee in this case, under the formula prescribed by 28 U.S.C. § 1915(b)(1), is 20 percent of the average deposits amount, or $16.86.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Nicholas Edwin Bartylla must pay an initial partial filing fee of at least $16.86 within 21 days of this Order's date.

2. Should Mr. Bartylla fail to pay the initial partial filing fee, the Court will recommend dismissing this action without prejudice for failure to prosecute.

Date: December 4, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge