**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NICHOLAS EDWIN BARTYLLA,                    Case No. 25-CV-4495 (PAM/JFD)

Plaintiff,

v.                                          **ORDER**

PAUL SCHNELL, MN – DOC
Commissioner of Corrections;
CENTURIAN MEDICAL SERVICES,
and Affiliates; STEPHAN CRAANE,
MD; BRENT PLACKNER, P.A.;
CAROL, Nurse; JOAN WOLFF, Nurse;
OYE, Lt.; STEVE KANTOLA, Lt.; JANE
DOE; and JOHN DOE,

Defendants.

IT IS HEREBY ORDERED THAT:

1.   Plaintiff Nicholas Edwin Bartylla must submit a properly completed Marshal Service Form (Form USM-285) for Stephan Craane and Brent Plackner. If Mr. Bartylla does not complete and return the Marshal Service Forms within 30 days of this order, the undersigned magistrate judge will recommend that Mr. Bartylla's claims against defendants Craane and Plackner be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Mr. Bartylla by the Court.

1

2.      After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from defendants Craane and Plackner, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

3.      If a defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

4.      The U.S. Marshals Service is directed to effect service of process on defendant Centurion Medical Services consistent with Rule 4(e) of the Federal Rules of Civil Procedure.


Date: March 11, 2026                                  *s/ John F. Docherty*
                                                      JOHN F. DOCHERTY
                                                      United States Magistrate Judge

2