# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

NICHOLAS EDWIN BARTYLLA,                     Case No. 25-CV-4495 (PAM/JFD)

       Plaintiff,

v.                                                                      **ORDER**

PAUL SCHNELL, MN–DOC
Commissioner of Corrections;
CENTURIAN MEDICAL SERVICES,
and Affiliates; STEPHAN CRAANE,
MD; BRENT PLACKNER, P.A.;
CAROL, Nurse; JOAN WOLFF, Nurse;
OYE, Lt.; STEVE KANTOLA, Lt.; JANE
DOE; and JOHN DOE,

       Defendants.

**IT IS HEREBY ORDERED THAT:**

1.      Within twenty-one (21) days of this Order's date, Defendant Centurion Medical Services and Affiliates shall show cause in writing why this Court should not recommend the entry of default under Federal Rule of Civil Procedure 55(a) and, thereafter, the entry of default judgment under Rule 55(b).[1]

---

[1] Centurion was personally served with process through its registered agent, C.T. Corporation Systems, *see* ECF No. 28, and its response to the Complaint was due no later than April 20, 2026, *see* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Centurion has filed no answer or other responsive pleading and has not appeared. The timely filing of an answer or other Rule 12 response within the 21-day period set forth above will satisfy this Order.

2.     Upon entering an appearance in this matter, Defendant Centurion Medical Services and Affiliates shall provide directly to the U.S. Marshals Service, and not by filing on the docket, the last-known address of Defendant Stephan Craane, MD. If Centurion has no last-known address for Dr. Craane, Centurion shall so certify in a writing filed with the Court.

3.     The U.S. Marshals Service is directed to personally serve Defendant Brent Plackner, P.A., at the Minnesota Correctional Facility–Stillwater, consistent with Federal Rules of Civil Procedure 4(c)(3) and 4(e). The Marshal shall record any expenses incurred in effecting service on the Process Receipt and Return (Form USM-285).

4.     The U.S. Marshals Service is directed to personally serve Defendant Stephan Craane, MD, at the address provided by Centurion under Paragraph 2 of this Order or, if no current address is provided or available, to attempt to locate Dr. Craane and effect personal service, consistent with Federal Rules of Civil Procedure 4(c)(3) and 4(e). The Marshal shall record any expenses incurred in effecting service on the Process Receipt and Return (Form USM-285).[2]

5.     The Clerk of Court shall: (a) serve a copy of this Order on *pro se* Plaintiff Nicholas Edwin Bartylla by U.S. Mail at MCF–Rush City, 7600 525th Street North, Rush City, Minnesota 55069; (b) serve a copy of this Order electronically on counsel for

---

[2] The question whether the expenses incurred by the U.S. Marshals Service in effecting personal service on Defendants Plackner and Craane should be imposed upon them under Federal Rule of Civil Procedure 4(d)(2) is reserved for later determination upon the Marshal's return.

Defendant Kantola; and (c) serve a copy of this Order on Defendant Centurion Medical Services and Affiliates by U.S. Mail, through its registered agent, C.T. Corporation Systems, 1010 Dale Street North, Saint Paul, Minnesota 55117.

Date: May 19, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge