UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nicholas Edwin Bartylla,                                    Civ. No. 25-4495 (PAM/JFD)

        Plaintiff,

v.                                                                              **ORDER**

Centurion Medial Services and
Affiliates; Stephan Craane, MD[1];
Brent Plackner, P.A.; Steve
Kantola, Lt.; Jane Doe; and John
Doe,

        Defendants.

---

This matter is before the Court on Plaintiff Nicholas Bartylla's Motion for an Extension of time to file an amended complaint. (Docket No. 61.) On July 22, 2026, the Court issued an Order instructing Plaintiff on the requirement to comply with substantive and procedural law, including the District's Local Rules, despite his pro se status. (Docket No. 60.) The Court further ordered that because Defendants' Motion to Dismiss was pending, "neither party may submit additional filings unless authorized by the Court." (Id.)

Two days after that Order issued, Bartylla filed the instant Motion in which he seeks an additional 45 days to file a motion to amend the Complaint. The Court presumes that Bartylla did not receive the Court's previous Order before filing his Motion for an Extension. Therefore, the Court will grant Bartylla's Motion. However, the Court cautions

---

[1]    Defendant Dr. Craane's name is misspelled in the Complaint.

Bartylla that he must heed the Court's Orders, as the Court will not entertain an exception in the future.

The Court reminds Bartylla that Magistrate Judge Docherty previously denied his motion to amend the complaint and directed him to the Local Rules with which he must comply to file a motion to amend his pleading. (Docket No. 53.) The Court expects Bartylla to comply with Judge Docherty's previous instructions regarding filing a motion to amend his pleadings, as well as all substantive and procedural law.

Accordingly, **IT IS HEREBY ORDERED that:**

1.   Plaintiff Nicholas Edwin Bartylla's Motion for Extension of Time (Docket No. 61) is **GRANTED**;

2.   Bartylla may file a motion to amend the complaint on or before Thursday, October 8, 2026; and

3.   Defendants Centurion Medical Services, Stephan Craane, and Brent Plackner's Motion to Dismiss (Docket No. 54) is **DENIED without prejudice as moot**.

Dated: July 28, 2026

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

2